USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 98.113.169.213,

Defendant.

26 Civ. 5113 (AT) (RWL)

**ORDER**

ANALISA TORRES District Judge:

On July 7, 2026, pursuant to an order of reference, the Honorable Robert W. Lehrburger granted Plaintiff leave to file a motion for third-party discovery and deferred scheduling an initial pretrial conference until the motion is resolved. *See* ECF No. 11 (order); *see also* ECF No. 9 (Pl. motion), ECF No. 10 (order of reference). Accordingly, the parties' August 21, 2026, deadline to file a joint letter and case management plan, *see* ECF No. 6, is ADJOURNED *sine die*.

SO ORDERED.

Dated: July 8, 2026
New York, New York

ANALISA TORRES
United States District Judge