*JACQUELINE M. JAMES, ESQ.*

The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, NY 10601

T: (914) 358 6423
F: (914) 358 6424
jjames@JACQUELINEJAMESLAW.COM
jacquelinejameslaw.com

September 15, 2026

The Honorable Analisa Torres
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

SO ORDERED:
9/15/2026
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

***Re: 1:26-cv-05113-AT-RWL; Plaintiff's Request for an Extension of Time Within Which to Effectuate Service on Defendant***

Dear Judge Analisa Torres,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On June 17, 2026, Plaintiff filed the instant case against John Doe subscriber assigned IP address 98.113.169.213 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On July 10, 2026, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP.

On August 6, 2026, the Court granted Plaintiff leave to serve a third-party subpoena. Plaintiff served Defendant's ISP with a third-party subpoena on or about August 12, 2026, and in accordance with the time allowances provided to both the ISP and Defendant, expects to receive the ISP response on or about December 21, 2026.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effect service on the Defendant no later than September 15, 2026. Because Plaintiff does not expect to receive the ISP response until December 21, 2026 and Defendant's identity is unknown to Plaintiff at this time, Plaintiff is unable to comply with the current deadline to effect service of process.

Plaintiff respectfully requests that the deadline to effect service be extended for sixty (60) days from December 21, 2026 (the date Plaintiff expects to receive the ISP response), and thus the deadline to effect service be extended to February 19, 2027. This extension should allow Plaintiff time to receive the ISP response, to conduct a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action, and, if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint to name the Defendant and attempt to effect service of process on that individual.

For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended to February 19, 2027.

Respectfully Submitted,

By: /s/*Jacqueline M. James*

Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com